FILED

MAY 1 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>701 First Avenue<br>Sunnyvale, CA 94089, for the following Yahoo! Accounts:<br>cc.corn@ymail<br>ccorn@epropertyrelief.com<br>and any other accounts with the domain epropertyrelief.com | CASE NO. 2:10-SW-0125 KJM<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND RELATED DOCUMENTS |

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: 5/13/13

_____
HON. CAROLYN K. DELANEY
U.S. Magistrate Judge